ORIGINAL

AO 442 (Rev. 5/93) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

### DISTRICT OF HAWAII

FEB 21 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

ATSUHIRO NISHIURA

**WARRANT FOR ARREST**

CR03-277 HG

CASE NUMBER:  MAG. NO. 03-349 KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ATSUHIRO NISHIURA_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspire to knowingly and with the intent to defraud use one or more unauthorized access devices during a one-year period, and by such conduct obtain things with an aggregate value of more than $1,000.00

in violation of
Title _____18_____ United States Code, Section(s) ___371 and 1029(a)(2)___

Kevin S.C. Chang
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

May 19, 2003  Honolulu, Hawaii
Date and Location

Bail fixed at $ __to be determined__ by _____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 05/20/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05/19/03 | Scott Riddick | [Signature] |

This form was electronically produced by Elite Federal Forms, Inc.